**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 14-7014**

BRANDON ROBERTS,

            Plaintiff – Appellant,

      and

RANDY GOLDEN; AUGUSTUS WOODARD; JOHN ARTIS,

            Plaintiffs,

            v.

BOBBY P. SHEARIN, Warden,

            Defendant - Appellee.

Appeal from the United States District Court for the District of
Maryland, at Greenbelt.  Richard D. Bennett, District Judge.
(8:13-cv-01528-RDB)

Submitted:  December 16, 2014      Decided:  January 8, 2015

Before DUNCAN, KEENAN, and THACKER, Circuit Judges.

Dismissed by unpublished per curiam opinion.

Brandon Roberts, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Brandon Roberts seeks to appeal the district court's order denying his motion for discovery in this action filed under 42 U.S.C. § 1983 (2012). This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (2012), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (2012); Fed. R. Civ. P. 54(b); Cohen v. Beneficial Indus. Loan Corp., 337 U.S. 541, 545-46 (1949). The order Roberts seeks to appeal is neither a final order nor an appealable interlocutory or collateral order. Accordingly, we dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

DISMISSED

2